**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

RHONDA BELCHER AND ELLA LOUISE )
JOHNSON AS ADMINISTRATRIX OF THE )
ESTATE OF MACKENZIE PAIGE HAYS )
                 )
        Plaintiffs, )
                 )
    v. )
                 )
PURDUE PHARMA L.P.; PURDUE PHARMA )
INC.; THE PURDUE FREDERICK COMPANY, )
INC.; TEVA PHARMACEUTICALS USA, INC.; )
CEPHALON, INC.; JOHNSON & JOHNSON; )    Case No. 6:18-CV-00246-GFVT
JANSSEN PHARMACEUTICALS, INC.; )    (Removal from: Circuit Court
ORTHO-MCNEIL-JANSSEN )    of Leslie County, No. 18-CI-00134)
PHARMACEUTICALS, INC. N/K/A JANSSEN )
PHARMACEUTICALS, INC.; JANSSEN )
PHARMACEUTICA, INC. N/K/A JANSSEN )
PHARMACEUTICALS, INC.; ENDO )
PHARMACEUTICALS INC.; ALLERGAN PLC )
F/K/A ACTAVIS PLC; ACTAVIS, INC.; )
WATSON LABORATORIES, INC.; INSYS )
THERAPEUTICS, INC.; ACTAVIS LLC; )
ACTAVIS PHARMA, INC. F/K/A WATSON )
PHARMA, INC.; ENDO HEALTH SOLUTIONS )
INC.; MCKESSON CORPORATION; )
CARDINAL HEALTH, INC.; )
AMERISOURCEBERGEN DRUG )
CORPORATION; RUSSELL PORTENOY; )
PERRY FINE; SCOTT FISHMAN; LYNN )
WEBSTER; MAGNA PHARMACEUTICALS, )
INC.; XANODYNE PHARMACEUTICALS, )
INC.; RICHIE ENTERPRISES, L.L.C. D/B/A )
RICHIE PHARMACAL; AND ALYSSA NOBLE )
                 )
        Defendants. )

**DEFENDANT RICHIE ENTERPRISES, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, Richie Enterprises, LLC, by counsel files this disclosure statement as required

by Federal Rules of Civil Procedure 7.1 and certifies the following:

Richie Enterprises, LLC is not a publicly traded company; it does not have a parent corporation; nor does any publicly held company own 10% or more of its stock.

This 26th day of September, 2018.

KERRICK BACHERT, PSC
1025 State Street
Bowling Green KY 42101
Phone - 270-782-8160
tkerrick@kerricklaw.com
mcook@kerricklaw.com

*/s/Matthew P. Cook*
Thomas N. Kerrick
Matthew P. Cook
*Counsel for Richie Enterprises, LLC*
*d/b/a Richie Pharmacal*

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic notification of such filing to all counsel of record in this action as follows:

Gary C. Johnson
Ryan BiggerStaff
Gary C. Johnson PSC
110 Caroline Avenue
P. O. Box 110
Pikeville, KY 42502
gary@garyjohnson.com
rbiggertaff@garcjohnson.com
*Counsel for Plaintiffs*

R. Kent Westberry
Bridget M. Bush
Landrum & Shouse
220 W. Main St., Ste. 1900
Louisville, KY 40202
kwestberry@landrumshouse.com
bbuh@landrumshouse.com
*Counsel for Defendant Russell Portenoy*

Charles C. Lifland
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
clifland@omm.com
*Counsel for Defendants Johnson & Johnson,*
*Janssen Pharmaceuticals, Inc., Ortho-McNeil-*
*Janssen Pharmaceuticals, N/K/A Janssen*
*Pharmaceuticals, Inc. and Janssen*
*Pharmaceuticals, Inc. N/K/A Janssen*
*Pharmaceuticals, Inc.*

Christopher M. Musssler
Gwin Steinmetz & Baird
401 W. Main Street
Suite 100
Louisville, KY 40202
cmussler@gsblegal.com
*Counsel for Defendant INSYS Therapeutics,*
*Inc.*

J. Matthew Donohue
Joseph L. Franco
Holland & Knight
2300 U. S. Bancorp Tower
111 S. W. Fifth Avenue
Portland, OR  97204
Matt.donohue@hklaw.com
Joe.franco@hklaw.com
*Counsel for Defendant INSYS Therapeutics,
Inc.*

Steven B. Loy
Monica Braun
Stoll Keenon Ogden PLLC
300 West Vine Street
Suite 2100
Lexington, KY  40507
Steven.loy@skofirm.com
Monica.braun@skofirm.com
*Counsel for Defendant Cardinal Health, Inc.*

Mary Jane Brannon
Jackson Kelly, PLLC
175 East Main Street
Suite 500
Lexington, KY  40507
*Counsel for Defendant AmerisourceBergen
Corporation*

Jennifer G. Levy
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC  20005
Jennifer.levy@kirkland.com
*Counsel for Defendants Allergan PLC (F/K/A
Actavis, PLC and Actavis, Inc. (N/K/A
Allergan Finance, LL F/K/A Watson
Pharmaceuticals, Inc.)*

Donna Welch
Martin Roth
Timtohy Knapp
Kirkland & Ellis
300 North LaSalle
Chicago, IL  60654
Donna.welch@kirkland.com
Martin.roth@kirkland.com
Timothy.knapp@kirkland.com
*Counsel for Defendants Allergan PLC (F/K/A
Actavis, PLC and Actavis, Inc. (N/K/A
Allergan Finance, LL F/K/A Watson
Pharmaceuticals, Inc.)*

Robert J. Benvenuti, III
Holly R. Iaccarin
Barnett Benvenuti & Butler PLLC
489 East Main Street, Ste. 300
Lexington, KY  40507
Robert.benvenuti@bbb-law.com
hollyiaccarino@bbb-law.com
*Counsel for Defendants Endo Health Solutions
Inc. and Endo Pharmaceuticals, Inc.*

Kateryna Stupnevich
Morrison Mahoney LLP
210 Broadway, Ste. 1010
New York, NY  10271
kstupnevich@morrisonmahoney.com
*Counsel for Defendant Magna
Pharmaceuticals*

Angela R. Vicari
Arnold & Porter Kay Scholer, LLP
250 West 55th Street
New York, NY  10019-9710
Angela.vicari@arnoldporter.com
*Counsel for Endo Health Solutions, Inc. and
Endo Pharmaceuticals, Inc.*

Terry M. Henry
Melanie S. Carter
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103-6998
thenry@blankrome.com
mcarter@blankrome.com
*Counsel for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

Edwards Stopher
Boehl Stopher & Graves LLP
400 West Market St., Ste. 2300
Louisville, KY  40202-3354
estopher@BSG-law.com
*Counsel for Defendants Teva Pharmaceuticals, Cephalo, Inc., Watson Laboratories, Inc., Actavis, LLC, and Actavis Pharma, Inc.*

Angela M. Richie
Gordon Rees Scully Mansukhani
312 S. Fourth Street, Ste. 700
Louisville, KY  40202
arichie@grsm.com
*Counsel for Defendants Perry Fine, Scott Fishman, and Lynn Webster*

Paul J. Cosgrove
Jeffrey F. Peck
Ulmer & Berne, LLP
600 Vine Street, Ste. 2800
Cincinnati, OH  45202
pcosgrove@ulmer.com
jpeck@ulmer.com
*Counsel for Defendant Xanodyne Pharmaceuticals, Inc.*

Lorie E. Hammon
Charles M. Pritchett, Jr.
Frost Brown Todd LLC
400 West Market Street, Ste. 3200
Louisville, KY  40202
lhammond@fbtlaw.com
cpritchett@fbtlaw.com
*Counsel for Defendants Purdue Pharma LP, Purdue Pharma, Inc. and The Purdue Frederick Company, Inc.*

Mark S. Cheffo
Dechert LLP
Three Bryan Park
1095 Avenue of Americas
New York, NY  10036-6797
Mark.cheffo@dechert.com
*Counsel for Defendants Purdue Pharma LP, Purdue Pharma, Inc. and The Purdue Frederick Company, Inc.*

Chad Shultz
Cecily McLeod
Gordon Rees Scully Mansukhani
3455 Peachtree Road Ste. 1500
Atlanta, GA  30326
cshultz@grsm.com
rmcleod@grsm.com
*Counsel for Defendants Perry Fine, Scott Fishman and Lynn Webster*

Alyssa Noble
600 Brooklawn Drive
Hyden, KY  41749
And 2125 KY-118
Hyden, KY  41749

Jeffrey K. Phillips
Steptoe & Johnson PLC
One Paragon Centre
2525 Harrodsburg Rd., Ste. 300
Lexington, KY  40504
Jeff.phillips@steptoe-johnson.com
*Attorney    For    Defendant    McKesson*
*Corporation*


/s/  Matthew P. Cook

Thomas N. Kerrick
Matthew P. Cook
*ATTORNEYS FOR DEFENDANT, RICHIE*
*ENTERPRISES, LLC D/B/A RICHIE PHARMACAL*